# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 8, 2006

Before

Hon. RICHARD D. CUDAHY, *Circuit Judge*
Hon. RICHARD A. POSNER, *Circuit Judge*
Hon. DIANE P. WOOD, *Circuit Judge*

Nos. 05–3412

| | |
|---|---|
| KEYSTONE CONSOLIDATED INDUSTRIES, INC., and VALHI, INC., <br>     *Plaintiffs–Appellants* <br><br>     *v.* <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU (F/K/A EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN) <br>     *Defendant–Appellee.* | Appeal from the United States District Court for the Central District of Illinois <br><br> No. 03–1201 5292 <br><br> Michael M. Mihm <br> *Judge*. |

**ORDER**

Page 8 of the slip opinion issued in this case on August 3, 2006, is amended as follows: in line 24, the word "employer's" should be deleted and replaced with the word "insurer's."